# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN McGLOTHIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. PEREZ, et al.,<br><br>　　　　Defendants. | **Case No.  1:14-cv-00844-MJS (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR REFUND OF FILING FEE**<br><br>**(ECF No. 13)** |

　　Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The Complaint was dismissed for failure to state a claim, but Plaintiff was granted leave to file a first amended complaint by not later than November 3, 2014.

　　Before the court is Plaintiff's October 20, 2014 motion for refund of an alleged filing fee overpayment.

　　Plaintiff applied for and was granted IFP status and he is making payments pursuant to the order granting him that status. (See ECF No. 4.) He has presented no authority suggesting he might be entitled to a refund of any portion of the filing fee he

1 | has paid. The Court is unaware of any such authority.

Accordingly, plaintiff's motion for a filing fee refund (ECF No. 13) is DENIED.

IT IS SO ORDERED.

Dated:   October 31, 2014                   /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE

2